Thomas D. Powers
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0758  (Fax)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In Re: | Case # 15-33190-SGJ-13 |
| ANDREA MARIE MILNER | |
| Debtor | |

**Notice to Deposit Unclaimed Funds**

Transmitted herewith is a check to deposit into the court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.  I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check(s) has/have not been negotiated.

Disposition of Case:　**Completed**

Explanation:　**Chapter 13 Plan was confirmed and completed and excess funds remained and were refunded to the debtor.**

| Name of Payee on unclaimed check: | Amount: |
|---|---|
| Clerk of the Bankruptcy Court FBO<br>ANDREA MARIE MILNER<br>2422 BROOKCREST PLACE<br>GARLAND, TX  75040 | $4,339.88 |

Dated:　　June 13, 2018

/s/  Thomas D. Powers
Office of the Standing Chapter 13 Trustee

**Certificate of Service**

I hereby certify that a true copy of the foregoing Notice to Deposit Unclaimed Funds was mailed to the following parties on June 13, 2018.

US Trustee:　　United States Trustee, 1100 Commerce Street, Room 9 C60, Dallas TX  75242
Debtor's Attorney:　　Leinart Law Firm, 11520 N Central Expressway, Suite 212, Dallas, Tx  75243

/s/ Thomas D. Powers
Office of the Standing Chapter 13 Trustee